THE TROY AND LANSINGBURGH RAILROAD COMPANY, Appellant, *v.* PATRICK KANE, Respondent.

Although a warrant for the collection of a tax or assessment, pursuant to a statute of this State, may have been issued erroneously or irregularly, if on its face it gives authority to the officer to collect the tax or assessment, replevin cannot be sustained for property taken by virtue of the warrant.

(Argued February 7, 1878; decided February 19, 1878.)

THIS was an action to recover possession of certain personal property seized by defendant, under a warrant issued to him as constable by the chamberlain of the city of Troy, for the collection of an assessment against the plaintiff for the construction of a sewer in said city. (Reported below, 9 Hun, 506.)

The warrant, on its face, gave authority to the officer to collect the assessment. *Held,* that the action was not maintainable; the court citing 2 Revised Statutes, 522 (§ 4); *Hudler* v. *Golden* (36 N. Y., 446); Code (§ 207, subd. 4); *O'Reilly* v. *Good* (42 Barb., 521).

Also, *held,* that defendant being a public officer, and justifying under a warrant regular on its face, and in its recitals and commands *prima facie,* authorized and legal, was protected. (*Hudler* v. *Golden, supra.*)

*Esek Cowen* for appellant.

*R. A. Parmenter* for respondent.

*Per Curiam.*   Opinion for affirmance.

All concur.

Judgment affirmed.